**WHOLE WOMAN'S HEALTH; Austin Women's Health Center; Killeen Women's Health Center; Nova Health Systems, doing business as Reproductive Services; Sherwood C. Lynn, Jr., M.D., on behalf of themselves and their patients; Pamela J. Richter, D.O., on behalf of themselves and** their patients; Lendol L. Davis, M.D., on behalf of themselves and their patients, Plaintiffs–Appellees–Cross-Appellants,

v.

**Kirk COLE, M.D., Commissioner of the Texas Department of State Health Services, in his Official Capacity; Mari Robinson, Executive Director of the Texas Medical Board, in her Official Capacity, Defendants–Appellants–Cross-Appellees.**

No. 14–50928.

United States Court of Appeals, Fifth Circuit.

June 19, 2015.

Stephanie Toti, Esq., Staff Attorney (argued), Esha Bhandari, David Patrick Brown, Joseph Alexander Lawrence, Esq., Morrison & Foerster, L.L.P., New York, N.Y., Patrick J. O'Connell, Jan Soifer, O'Connell & Soifer, L.L.P., Austin, TX, Betre Mussie Gizaw, Morrison & Foerster, Washington, DC, for Plaintiffs–Appellees–Cross-Appellants.

Scott A. Keller, Solicitor, Jonathan F. Mitchell (argued), James Davis Blacklock, Senior Counsel, Beth Ellen Klusmann, Esq., Michael P. Murphy, Andrew S. Oldham, Deputy General Counsel, Office of the Attorney General Office of the Solicitor General, Austin, TX, for Defendants–Appellants–Cross-Appellees.

Walter Martin Weber, Stuart J. Roth, Mailee Rebecca Smith, Esq., Americans United For Life, Steven H. Aden, Alliance Defending Freedom, Lawrence John Joseph, Carrie Yvette Flaxman, Planned Parenthood Federation Of America, Kimberly A. Parker, Wilmerhale, Washington, DC, CeCe Heil, Jay A. Sekulow, Esq., Virginia Beach, VA, Michael J. Norton, Natalie Lynn Decker, Alliance Defending Freedom, Greenwood Village, CO, Cather-

ine Glenn Foster, Catherine Wynne Short, Life Legal Defense Foundation, Ojai, CA, Gregory R. Terra, Georgetown, TX, Allan Edward Parker, Jr., Justice Foundation, San Antonio, TX, Stephen Daniel Casey Esq., Round Rock, TX, for Amicus Curiae.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

ORDER:

On June 9, 2015, we issued an opinion in *Whole Woman's Health v. Cole,* No. 14–50928, 790 F.3d 563, 2015 WL 3604750 (5th Cir. Jun. 9, 2015). We now MODIFY our opinion and judgment of June 9, 2015 to provide that the district court's injunction of the ASC requirement (as defined in the June 9 opinion) as applied to the McAllen facility shall remain in effect until October 29, 2015, at which time the injunction shall be vacated in part, as delineated and explained in our June 9 opinion.

The unopposed Motion to Become an Amicus Party and to File Amicus Brief, filed June 15, 2015, is GRANTED.

The opposed Appellees' Motion to Stay the Mandate, filed June 10, 2015, is DENIED. Judge Prado respectfully dissents from the denial of the motion to stay.